

BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

SEP. 18 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14 CR 0 0 2 0 7 - AWI BAM |
| Plaintiff, | ORDER RE: GOVERNMENT'S MOTION TO SEAL INDICTMENT |
| v. | |
| JUAN CARLOS REYES and JOSE VALADEZ, JR. | |
| Defendants. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Government's Motion to Seal Indictment filed herein is sealed until further order of this Court.

DATE: September __, 2014

_____
Honorable Barbara A. McAuliffe