1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

FILED
OCT 14 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00207 AWI-BAM |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| JUAN CARLOS REYES AND JOSE VALADEZ, JR., | |
| Defendants. | |

This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed made public record.

DATED: 10/14/14

_____
Honorable Gary S. Austin
United States Magistrate Judge

2