HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
Juan Valadez, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00207-AWI-BAM |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| JUAN CARLOS REYES, et al., | DATE: July 20, 2015<br>TIME:   10:00 A.M. |
| *Defendant.* | JUDGE: Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Melanie L. Alsworth, Counsel for Plaintiff, and Assistant Federal Defender, Ann H. McGlenon, Counsel for Defendant Jose Valadez, Jr., and Edward M. Hodgkins III, Counsel for Defendant Juan Carlos Reyes, that the status conference scheduled for July 6, 2015 at 10:00 a.m., before Honorable Anthony W. Ishii **may be continued to July 20, 2015 at 10:00 a.m.**

The reason for this continuance is to provide necessary time for continued negotiations. The requested continuance will conserve time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated: July 1, 2015                BENJAMIN B. WAGNER
                                   United States Attorney

                                   */s/ Melanie L. Alsworth*
                                   MELANIE L. ALSWORTH
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


Dated: July 1, 2015

                                   HEATHER E. WILLIAMS
                                   Federal Defender


                                   */s/ Ann H. McGlenon*
                                   ANN H. MCGLENON
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   JOSE VALADEZ, JR.

Date: July 1, 2015                 */s/ Edward M. Hodgkins, III*
                                   EDWARD M. HODGKINS, III
                                   Attorney for Defendant
                                   JUAN CARLOS REYES

**O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:   July 1, 2015              _____
                                   SENIOR DISTRICT JUDGE

-2-