JENNIFER MOUZIS, SBN 200280
MOUZIS CRIMINAL DEFENSE
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702

Attorney for Defendant
Juan Carlos Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 1:14-cr-00207-KJM-1 |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | |
| JUAN CARLOS REYES, | |
| Defendant, | |

It is respectfully requested that Attorney JENNIFER MOUZIS be relieved as attorney of record in the above captioned case due to resignation from the Federal CJA Panel and that attorney KELLAN PATTERSON, PO Box 5042, Sacramento, CA 95817-0042; telephone number (916) 905-7265, be substituted in as **appointed** counsel for Juan Carlos Reyes. Mr. Reyes continues to qualify for appointed counsel.

Dated:  January 3, 2025

Respectfully submitted,

 /s/ Jennifer Mouzis
JENNIFER MOUZIS
Attorney

//

-1-

I accept the substitution and ask to be appointed.

DATED: January 3, 2025

/s/ Kellan Patterson
KELLAN PATTERSON
Attorney at Law

**O R D E R**

IT IS SO ORDERED.

DATED: 1/8/2025

Kimberly J. Mueller
United States District Court Judge