UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 14, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN CARLOS REYES ,

Defendant.

Case No.   1:14-cr-00207-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JUAN CARLOS REYES  ,

Case No.  1:14-cr-00207-KJM , Charge 18 USC § 3606 , from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_ Unsecured Appearance Bond $ _____

\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_ Appearance Bond with Surety

\_\_\_\_ Corporate Surety Bail Bond

  X   (Other):  Time Served

Sacramento County Jail is further ORDERED to release the defendant with a

\_\_\_\_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 14, 2025 at  10:29  a.m.

By: _____
Kimberly J. Mueller, US District Judge